IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

STEVE MINNERATH,

    Plaintiff,

                           Case No.:  26-CV-734

v.

AMERICAN BUILDERS & CONTRACTORS
SUPPLY CO., INC. d/b/a ABC SUPPLY CO., INC.

    Defendant.

---

## DEFENDANT'S NOTICE OF REMOVAL

---

TO:    Mr. Dean B. Thomson
        Fabyanske, Westra, Hart & Thomson PA
        80 South 8 Street, Suite 1900
        Minneapolis, MN 55402

PLEASE TAKE NOTICE that Defendant, American Builders & Contractors Supply Company, Inc. d/b/a ABC Supply Company, Inc., by its attorneys, Crivello, Nichols & Hall, S.C., pursuant to 28 U.S.C. §§ 1332 and 1441(b), file this Notice of Removal with the Court as follows:

1.    A civil action, Dane County Case No. 2026CV002190, has been commenced and is currently pending between the above-named parties.

2.    The Summons and Complaint in Case No. 2026CV002190 was filed on July 7, 2026, and served on Defendants July 20, 2026, less than thirty (30) days ago. A true and correct copy of the Complaint and associated documents, are attached hereto as **Exhibit A**.

3.    The Complaint in Case No. 2026CV002190 includes claims of breach of an express and/or implied contract.

4.      The United States District Court for the Western District of Wisconsin has jurisdiction over this action for the following reasons:

a.      pursuant to 28 U.S.C. §§ 1332 and 1441(b), the matter in controversy presents a breach of contract, with the parties having a diversity of citizenship and a case value over $75,000, to which this federal district court has original jurisdiction;

b.      the case will be properly venued in the United States District Court for the Western District of Wisconsin, as the alleged events forming the basis for Plaintiffs' claims occurred within the Western District;

c.      the time permitted by statute for filing this notice of removal has not expired.

5.      Concurrent with filing this notice of removal, Defendants will notify all parties and Dane County Circuit Court, that this case has been removed to the United States District Court for the Western District of Wisconsin as required by 28 U.S.C. § 1446(d).

### JURY DEMAND FOR ALL FACTUAL ISSUES

Pursuant to Rule 38(b) of the Federal Rules of Civil Procedure, Defendant hereby demands trial by jury.

Dated this 10th day of August, 2026.

CRIVELLO, NICHOLS & HALL, S.C.
Attorneys for Defendant American Builders & Contractors Supply Company. d/b/a ABC Supply Company, Inc

By:  *s/ Samuel C. Hall, Jr.*
SAMUEL C. HALL, JR.
State Bar No: 1045476
BENJAMIN J. NICHOLS
State Bar No: 1138101
710 N. Plankinton Avenue, #500
Milwaukee, WI 53203
Telephone:    414-271-7722
Email: shall@crivellolaw.com
           bnichols@crivellolaw.com