AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Western District of Wisconsin

Steve Minnerath
*Plaintiff*
v.
American Builders & Contractors Supply Co., Inc.
*Defendant*

Case No. 26-CV-734

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

American Builders & Contractors Supply Co., Inc. d/b/a ABC Supply Co., Inc. .

Date: 08/10/2026

s/ Samuel C. Hall, Jr.
*Attorney's signature*

Samuel C. Hall, Jr. State Bar No. 1045476
*Printed name and bar number*

710 N. Plankinton Avenue, Suite 500
Milwaukee, WI 53203
*Address*

shall@crivellolaw.com
*E-mail address*

(414) 271-7722
*Telephone number*

(414) 271-4438
*FAX number*

Print Save As... Reset